ROSETH, et al, Respondents, v. THE IMPERIAL ORDER OF MUSCOVITES, et al, Appellants.

(249 N. W. 634.)

(File No. 7548. Opinion filed July 7, 1933.)

*Lars A. Bruce,* of Yankton, for Appellant.

*Lewis W. Bicknell,* of Webster, for Respondents.

PER CURIAM. The trial court overruled a demurrer to the complaint. The defendant Imperial Order of Muscovites has appealed.

We are of the opinion that the appeal is without merit, and the order appealed from is affirmed.

RUDOLPH, P. J., and POLLEY, ROBERTS, and WARREN, JJ., concur.

CAMPBELL, J., not sitting.